April 25, 2016

NOTICE TO THE COURT

No. 15-4637 <u>US V. Watford Kenneth</u>
        8:12-cr-00623-PJM-3

TO: RJ Warren
    1100 East Main Street, Suite 501
    Richmond, Virgina 23219-3517

This notice is to inform the court of the constant delay that i'm experiencing in the so-called appointment of counsel.

### History of Appointment of Counsel

On or about Nov. 2015, the court appointed Gary Proctor, to represent Watford Kenneth, during that time until mid-March, Mr. Watford spoke to Mr. Proctor only once. Gary Proctor refused to be of any meaniful assistance to Mr. Watford. Mr Proctor insisted on filing briefs without consultanting with Mr. Watford. When Mr. Watford demanded that Mr. Proctor not file any briefs to the appeals court without him having a chance to review them, Mr. Proctor asked to withdraw from the case.

On March 29th 2016, the court appointed Nicholas J. Vitek to represent Watford Kenneth. Mr. Watford spoke to Mr, Vitek on April, 14, 2016, via BOP, telephone, Mr. Watford advised Mr. Vitek that he was not using a secure phone and that he was in the present of the Case Manager, Mrs Davis and Unit Manager Mrs. Mitchell. Mr. Viteck ask if he could speak with Mrs Davis, after having a conversation with Mrs Davis, Mr. Vitek, advised Mr.Watford that he would contact the court to see what could be done about having a un-monitored phone call with Mr. Watford.

On April 22, 2016, at approximately 3:50 PM, Mr. Watford was asked to speak with counsel Newbill, Mr. Newbill advised Mr. Watford that Mr. Viteck an Attorney from Baltimore had called and asked if he could setup a legal call to speak with Mr. Watford on April 25 2016, at 9:00clock AM. and that it would be monitored. Mr. Watford advised Mr. Newbill that he did not wish to have a monitored phone call with Mr. Vitek.

On April 22, 2016, counsel Newbill sent Mr. Vitek an email advising him that Mr. Watford did not wish to have a monitored phone call with Mr. Vitek and that his only alternative was for Mr. Vitek to vist Mr. Watford at Camp Petersburg Va.

Page 1.

On April 22, 2016, Mr. Vitek sent me an email saying that being that Mr. Watford only wanted to speak to him in person, he would have to withdraw from the case. That he travel for his work and that he was presently in Brussels and he would not be able to talk to Mr Watford or meet with him about his appeal in the comming weeks as required.

Mr. Watford states that he has been trying to motion the court for bail pending appeal since his conviction in April of 2015, and that neither attorney has invested the time in the case to research the facts, in which the facts speak for themselves.

Mr. Watford states that based on the fact that over a year has pass-ed and nothing has been done in the furtherance of his appeal, due to no fault of his, he ask that the court release him on bond or on personal recognizance, that he may effectively pursue his appeal

Sincerely yours

*Kenneth W. Watford*

Page 2.

Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

56252-037
United St Court Of Appeal
1100 E MAIN ST
Richmond, VA 23219
United States